

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRAD FRILOUX | * | PLAINTIFFS |
| AND JEFFREY LEMOINE | * | |
| | * | |
| VERSUS | * | |
| | * | |
| HILCORP ENERGY COMPANY | * | DEFENDANT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITION FOR DAMAGES

The Petition of plaintiffs, Brad Friloux and Jeffrey Lemoine, both adult resident citizens of the State of Louisiana, and who respectfully represent the following, to-wit:

**I.**

Plaintiffs bring this action pursuant to Title 28 U.S.C. §1333, pursuant to the General Maritime Laws of the United States, and pursuant to 9(h) of the Federal Rules of Civil Procedure.

**II.**

Made party defendant herein is Hilcorp Energy Company, upon information and belief, a domestic corporation with its principal place of business in Houston, Texas, and is qualified to do and doing business within the jurisdiction of this Honorable Court and the State of Texas.

**III.**

At all material times herein and on the date of accident herein, August 3, 2004, the plaintiff, Brad Friloux, was a self-employed shrimper.

## IV.

At all material times herein and on the date of accident herein, the plaintiff, Jeffrey Lemoine, was employed as a deckhand by the plaintiff, Brad Friloux, and worked aboard the M/V BAD BRAD.

## V.

On or about August 3, 2004, the plaintiff, Brad Friloux, was operating his vessel, the M/V BAD BRAD, in the Cailou Island Field of Terrebonne Bay, State of Louisiana. At this time, the plaintiffs, Brad Friloux and Jeffrey Lemoine, were relocating the vessel when, without warning, the M/V BAD BRAD struck an unlit wellhead thereby causing major property damage to the M/V BAD BRAD and physical and mental injuries to the plaintiffs, Brad Friloux and Jeffrey Lemoine.

## VI.

At all material times herein and on the date of accident herein, the unlit wellhead involved in the accident complained of herein was owned, operated and controlled by the defendant, Hilcorp Energy Company.

## VII.

The plaintiffs, Brad Friloux and Jeffrey Lemoine, sustained serious physical and mental pain and suffering solely through the negligence, fault or inattention of duties by the defendant, Hilcorp Energy Company, its agents or employees in one or more of the following non-exclusive particulars, to-wit:

a)  failing to properly mark and/or identify the location of the unlit wellhead in question;

b)  failing to properly warn vessels of the location of the unlit wellhead in question;

c)  failing to properly maintain the unlit wellhead in question;

d)  failing to properly inspect the unlit wellhead in question;

e)  failing to take proper precautionary measures with regards to the unlit wellhead in question; and

f)  other negligent acts and/or omissions to be shown at the trial of this action.

## VIII.

As a result of the above and foregoing negligent acts and/or omissions, the plaintiffs, Brad Friloux and Jeffrey Lemoine, seek monetary damages for the following:

a)  Past and future loss of wages;

b)  Past and future physical pain and suffering;

c)  Past emotional pain and suffering;

d)  Loss of enjoyment of life;

e)  Property damage to the M/V BAD BRAD; and

e)  Additional damages to be shown at the trial of this action.

**WHEREFORE**, plaintiffs, Brad Friloux and Jeffrey Lemoine, pray for judgment rendered herein in their favor and against the defendant herein, Hilcorp Energy Company, in the full and total true sum of $2,000,000 (Two Million Dollars and 00/100) and for all other general and equitable relief to which they may be entitled.

Respectfully submitted,

**UNGAR & BYRNE**

*(signature)*

**RANDY J. UNGAR (29212)**
**GEORGE W. BYRNE, JR. (29213)**
**KRISTI POST (29215)**
**GREGORY T. DISCON (35298)**
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616
Counsel for Plaintiffs, Brad Friloux and Jeffrey Lemoine

**PLEASE SERVE:**

Hilcorp Energy Company
through its registered agent for service of process:
Mr. William P. Swenson
1201 Louisiana, Suite 1400
Houston, TX 77002

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BRAD FRILOUX AND JEFFREY LEMOINE

**DEFENDANTS**
HILCORP ENERGY COMPANY

(b) County of Residence of First Listed Plaintiff: **St. Charles, LA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **N/A**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
UNGAR & BYRNE
Gregory Discon, Bar #35298
365 Canal St., Suite 2520, NOLA 70119

Attorneys (If Known)
unknown

United States Courts
Southern District of Texas
FILED
MAR 31 2005

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Title 28 U.S.C. §1333, pursuant to the General Maritime Laws and to 9h of the Federal Rules of Civil Procedure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 2,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): N/A
JUDGE
DOCKET NUMBER

DATE 3/24/05
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY